## PUEBLO, apldo., v. SÁNCHEZ, aplte.

CORTE DE DISTRITO DE MAYAGÜEZ

No. 3715.—Sometido: Enero 31, 1929. Resuelto: Enero 31, 1929.

En este caso el acusado fué condenado a sufrir dos años de presidio por escalamiento en primer grado y basa su recurso en que la pena es excesiva, que nunca había sido sentenciado y en que los perjudicados no tenían intención de hacerle daño. Resolvióse que la pena es justa y se confirmó la sentencia.

EL JUEZ ASOCIADO SEÑOR TEXIDOR, emitió la opinión del Tribunal.

## PUEBLO, apldo., v. LÓPEZ HERMANOS, ETC., aplte.

CORTE DE DISTRITO DE SAN JUAN

No. 3680.—Sometido: Feb. 15, 1929. Resuelto: Feb. 21, 1929.

No apareciendo probado en este caso que fuera agente de la sociedad acusada de vender pan falto de peso, la persona encargada de la venta, se revocó la sentencia absolviéndose a la apelante.

EL JUEZ ASOCIADO SEÑOR TEXIDOR, emitió la opinión del Tribunal.

## PUEBLO, apldo., v. LÓPEZ HERMANOS, ETC., aplte.

CORTE DE DISTRITO DE SAN JUAN

No. 3682.—Sometido: Feb. 15, 1929. Resuelto: Feb. 21, 1929.

Este caso es igual al No. 3680, que hemos resuelto hoy 21 de febrero de 1929, salvo en lo que toca a la fecha de los hechos y al nombre del supuesto agente. Por las razones que

se consignan en aquel caso No. 3680, se revoca la sentencia, y se absuelve a la acusada.

Pueblo, apldo., *v.* López Hermanos, Etc., aplte.

CORTE DE DISTRITO DE SAN JUAN

No. 3681.—Sometido: Feb. 15, 1929. Resuelto: Feb. 21, 1929.

Este caso es igual al No. 3680, que hemos resuelto hoy 21 de febrero de 1929, salvo en lo que toca a la fecha de los hechos y al nombre del supuesto agente. Por las razones que se consignan en aquel caso No. 3680, se revoca la sentencia, y se absuelve a la acusada.

Pueblo, apldo., *v.* López Hermanos, Etc., aplte.

CORTE DE DISTRITO DE SAN JUAN

No. 3679.—Sometido: Feb. 15, 1929. Resuelto: Feb. 21, 1929.

Este caso es igual al No. 3680, que hemos resuelto hoy 21 de febrero de 1929, salvo en lo que toca a la fecha de los hechos y al nombre del supuesto agente. Por las razones que se consignan en aquel caso No. 3680, se revoca la sentencia, y se absuelve a la acusada.

Pueblo, apldo., *v.* Ortiz, aplte.

CORTE DE DISTRITO DE PONCE

No. 3778.—Sometido: Marzo 13, 1929.—Resuelto: Mayo 7, 1929.

En este caso se acusó a Luis Ortiz del delito de portar una navaja, arma prohibida, en una reunión lícita. El acusado imputa error en la apreciación de la prueba. Encontrando el Tribunal que hay declaraciones que sostienen el fallo, y que no se trata de algo contrario al orden natural de las cosas, confirmó la sentencia.

El Juez Presidente Señor del Toro, emitió la opinión del tribunal.